IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CARLOS MICHAEL HERNANDEZ      *
MARTINEZ,
         Petitioner,          *

v.                                           Case No.   4:26-cv-624-CDL-AGH
                          *          28 U.S.C. § 2241

Warden, STEWART DETENTION CENTER,
et al.,                                      *

         Respondents.         *

_____

## J U D G M E N T

Pursuant to this Court's Order dated May 26, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of

Respondents.

This 26th day of May, 2026.

David W. Bunt, Clerk

s/ Ashley N. Yates, Deputy Clerk